In The United States District Court

For The District of Oregon

FILED 26 DEC '24 11:28 USDC-ORP

James Bogoslan                          Case no 2:24-cv-01359-JI
        Plaintiff,                      first Amended Complaint
        V,                              Violation of 8th Amendment
MS Emory                                Deliberate indifference: 42
Jane/John doe (3)                       Usc §1983


                                        Jury Trial Demanded


                Preliminary Statement

1  Plaintiff, at all material times, was incarcerated at EOCI.

2) Defendant Emory food Services magager is employed by EOCI
to oversee food Services

3) Defendant Jane/John doe 1,2,3 employess whose identities
are presently unknown to plaintiff, but who were invoved in the violation
alleged herein; all sord Sued in their individual and official capacities

4) Plaintiff Claims his 8th Amendment Rights under the US
Constitution were violated when Defendants Emory and Jane/John
does 1,2,3 failed to act, knowing of the Substantial risk of Slips and
falls and the Serious harm caused by the ongoing hazards
in the Pan room. All Defendants acted under color of State law.

## Jurisdiction

5) This Court has Jurisdiction pursuant to the 8th Amendment to the US Constitution, 28 USC §1343(a)(3) and 42 USC §1983

6) On or around March 10th 2024 plaintiff started working in the panroom at ECCIS kitchen.

7) On or around March 10th 2024 plaintiff Inform MS Emory and Jane doe(1) of the need for boots and slip-resistant Surfaces as plaintiff was informed of the Hazards and unsafe Condition in the kitchen due to slick floors, water, not providing boots, no slip-resistant Surfaces. and

8) MS. Emory and Jane doe(2) explained "If you don't like the Conditions don't Come to prison" and "laughed"...

9) On or around March 20th 2024 Plaintiff fell due to wet and slick floors and informed MS Emory and Jane doe(1) and again requested boots and for the unsafe Conditions to be fixed. Plaintiffs request went without notice and nothing Changed.

10) On or around March 27th 2024 Plaintiff Slipped again and reiterate request for MS. Emory and Jane doe(3) to fix the excessive risk of injury as plaintiff and other AIC's keep getting hurt due to Hazardous Conditions MS. Emory and Jane doe(1) refuse to fix.

11) On or around May 2nd plaintiff Slipped yet



again and was met with anger by Ms. Emory and Jane doe's) for request for Boots and to fix the wet and slick hazardous foor fdoors.

12) on or around July 6th 2024 Plaintiff slipped and fell due to the dangerous conditions in the kitchen and suffered a Major injury and has yet to receive Surgery, but an MRI Is currently set, (slipped on attached steel plate) unsafe conditions _ floor...

13) All Defendant(s) failed to act when they had a duty and the power to correct the Constitutional violation alleged herein.

14) All Defendant(s) failed to use such care as a reasonably prudent and careful person would use under similar circumstances Prison officials owe prisoners duty of Care to protect them from risk, as prisoners, they have diminished ability to protect themselves.

15) all Defendant(s) acted in violation of state prison policies/regulations and are not immune, because, those policies conform to clearly establishe d law and the Constitution Had these policies and regulations been followed no Constitutional violation would have occurred.

16) All Defendant(s) were made aware of those Constitutional issues.

17) All Defendant(s) failure to act caused Plaintiffs injury

3 of 5



Had Defendants fulfilled their duty no Injury would of occured, and this could of been avoided,

18) All Defendants acted with deliberate Indifference to plaintiff's 8 Safty and Health in failing to fix the Hazardous Conditions regarding the wet Slick floors and the ongoing Issues with the Slips and falls/Injury.

19) Plaintiff grived kitchen floor hazard and was denied.

Claim for Relief

20) Plaintiff re-alleges Paragraphs 1 through 19 herein.

21) Defendant Ms. Emory Jane doe John doe 1,2,3 Violated plaintiff's rights under the 8th 8 Amendment to the US Constitution and 42 USC § 1983 by disregarding the Slick Attached Steel plate on floor and the excessive risk this hazard Causes and failed to take reasonable measures to abate this Condition.

23) as a result of Defendants failure to act plaintiff Suffered Injury that requires MRI and Surgery and Suffered noneconomic damages in the Sum of $200,000 00 or Such other Amount as to be proven at trial,

24) Plaintiff Is entitled to reasonable attorney's fees

4 of 5

Pursuant to 42 U.S.C §1988 (b)

Wherefore plaintiff requests the following relief.

(a) For Judgment in amount of $20,000= on his claim for relief

(b) Plaintiff's costs, disbursements, and ~~Attorney~~ fees.

(c) For such other relief as this Court deems just and equitable.

(d) Pro-Bono Counsel

(E) ADA accommodations of an understanding plaintiff has TBI and requires Pro-Bono Counsel )

Dated, 12-21-24

Print Name  JAMES BOGOSIAN

2800 Westgate

Pendleton OR
97801

5 of 5