IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES BOGOSIAN,

            Plaintiff,

    v.

MRS. EMORY and
JANE/JOHN DOES,

            Defendants.

Case No. 2:24-cv-01359-AR

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Jeff Armistead issued a Findings and Recommendation on April 9, 2026, in which he recommends that this Court (1) grant Defendant Liza Emory's Motion for Summary Judgment, (2) deny Plaintiff James Bogosian's Motion for Summary Judgment, and (3) dismiss the unidentified Jane and John Doe Defendants. F&R, ECF No. 49. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl.'s Obj., ECF No. 51. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Court ADOPTS Magistrate Judge Armistead's Findings and Recommendation [49]. Therefore, Defendant Liza Emory's Motion for Summary Judgment [32] is GRANTED, and Plaintiff's Motion for Summary Judgment [42] is DENIED. Unidentified Doe Defendants in this matter are DISMISSED.

IT IS SO ORDERED.

DATED this 11th day of June, 2026.

AMY M. BAGGIO
United States District Judge

2 – ORDER